IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CEDRIC JOHNSON**                                                                                   **PLAINTIFF**
**ADC #099607**

v.                                         **Case No. 4:23-cv-00642-KGB**

**COREY WILFONG**                                                              **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 41).  Plaintiff Cedric Johnson has not filed any objections, and the time to file objections has passed.  Accordingly, after careful consideration, the Court approves and adopts the Proposed Findings and Recommendation in its entirety as this Court's findings in all respects (*Id.*).  The Court grants defendants Corey Wilfong, Rick Bunting, and Nate Smith's motion for summary judgment (Dkt. No. 31).  Johnson's Fourth Amendment claims are dismissed with prejudice (Dkt. Nos. 2; 4; 6).  The Court declines to exercise supplemental jurisdiction over Johnson's state law claims, and those claims are dismissed without prejudice.

It is so ordered this the 9th day of September, 2025.

*[signature: Kristine G. Baker]*

Kristine G. Baker
Chief United States District Judge